IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JASON K. HENSLEY,               ) | |
|                                 ) | |
|     Plaintiff,                  ) | |
|                                 ) | CIVIL ACTION NO. |
|     v.                          ) | 2:23cv227-MHT |
|                                 ) | (WO) |
| ALABAMA DEPARTMENT OF           ) | |
| CORRECTIONS, et al.,            ) | |
|                                 ) | |
|     Defendants.                 ) | |

## ORDER

As all parties have consented to the United States Magistrate Judge's jurisdiction, *see* Attachment, it is ORDERED that this case is reassigned to the United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

DONE, this the 24th day of July, 2023.

                                        /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE